IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHUC NGUYEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANCASTER COUNTY, ET AL | : | NO. 02-CV-4070 |

**O R D E R**

AND NOW, this      day of October, 2002, upon review of the record, the Court notes that service of the Complaint was made by waiver of service on August 5, 2002.  The Court further notes that a pleading has not been filed in the above captioned action in response to the Complaint.  You may file a request with the Clerk for entry of default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If a Request for Default is not filed by November 18, 2002, the court may enter an order dismissing the case against the above named defendant(s) for lack of prosecution.

**IT IS SO ORDERED.**

BY THE COURT:

_____
R. Barclay Surrick, Judge